FILED

2018 JUN 20 AM 10: 54

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:18 CR 323 |
| v. | ) | Title 18, Section 922(g)(1), |
| | ) | United States Code |
| MIQUEL D. JONES, | ) | |
| Defendant. | ) | JUDGE BOYKO |

**COUNT 1**
(Felon in Possession of Firearm and Ammunition, in violation
of 18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about May 23, 2018, in the Northern District of Ohio, Eastern Division, Defendant MIQUEL D. JONES, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Carrying a Concealed Weapon and Domestic Violence, in Case Number 92-CR-042367, in the Lorain County Court of Common Pleas, on or about February 5, 1993; Robbery, in Case Number CR-00-394575, in the Cuyahoga County Common Pleas Court, on or about November 29, 2000; Burglary, in Case Number CR-00-397440, in the Cuyahoga County Common Pleas Court, on or about November 29, 2000; did knowingly possess in and affecting interstate commerce firearms and ammunition, to wit: a Maverick, Model 88, 12 gauge shotgun, Serial No. MV08264A, and a Ruger, Model SR9C,

9mm caliber pistol, Serial Number 332-52693, and 16 rounds of 9mm ammunition, in violation of Title 18, Section 922(g)(1), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.