**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR323 |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| vs. | : | |
| | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION TO CONTINUE** |
| MIQUEL JONES | : | **SENTENCING HEAERING** |
| Defendant. | : | |

    The Defendant, Miquel Jones through counsel, respectfully moves this Honorable Court for an Order continuing the sentencing hearing scheduled for June 6, 2019 to Friday, June 14, 2019. Counsel has spoken with Assistant United States Attorney Brian Deckert and he has no objection to the motion.

    The reason for this request is that counsel has been scheduled to appear in case no. 1:18CR721 at 2:00 p.m. on June 6, 2019 before Magistrate Judge William H. Baughman conflicting with Mr. Jones' sentencing hearing. Neither the schedule of Judge Boyko nor that of United States Attorney Brian Deckert could accommodate an alternate time on June 6, 2019 for the sentencing hearing to go forward, prompting counsel to request a continuance of the sentencing hearing.

    Wherefore, based on the foregoing, Miquel Jones respectfully request an Order from this Court continuing the sentencing hearing to Friday, June 14, 2109

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

*/s/ Carlos Warner*
CARLOS WARNER
Assistant Federal Public Defender
Ohio Bar: 0068736
Akron Centre Plaza
50 S. Main St., Suite 700
Akron, OH 44308
Phone: (330) 375-5739 Fax: (330) 375-5738
E-Mail: carlos_warner@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019 a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

*/s/ Carlos Warner*
CARLOS WARNER
Assistant Federal Public Defender
Ohio Bar: 0068736